IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED WALDROP,

      Plaintiff,                    No. CIV S-06-0975 MCE DAD P

      vs.

KENTON DEWARD, et al.,

      Defendants.            ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

      Plaintiff's in forma pauperis application is incomplete. The certificate section of the form has not been completed by a prison official at plaintiff's institution of incarceration, and the application does not include a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of his complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be granted thirty days to submit a properly completed in forma pauperis application with a certified trust account statement.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis on the form provided with this order; the application must be certified by a prison official and must include a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

2. The Clerk of the Court is directed to send plaintiff the form Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights case.

DATED: May 30, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
wald0975.3c+