1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10    FRED WALDROP,

11              Plaintiff,                    No. CIV S-06-0975 MCE DAD P

12         vs.

13    KENTON DEWARD, et al.,              ORDER AND

14              Defendants.               FINDINGS AND RECOMMENDATIONS

15    _____/

16              Plaintiff is a state prisoner proceeding pro se with this civil rights action.  By

17    order filed May 31, 2006, the court informed plaintiff that the application to proceed in forma

18    pauperis filed with his complaint on May 4, 2006, is incomplete.  Plaintiff was informed that the

19    certificate section of the application must be completed by a prison official at plaintiff's

20    institution of incarceration.  Plaintiff was also informed that the application must include a

21    certified copy of plaintiff's prison trust account statement for the six-month period immediately

22    preceding the filing of his complaint.  Plaintiff was granted thirty days to file a properly

23    completed application to proceed in forma pauperis.  Plaintiff was cautioned that failure to

24    comply with the court's order will result in a recommendation that this action be dismissed.

25              On June 20, 2006, plaintiff filed a second in forma pauperis application.  This

26    application is also incomplete.  The certificate section has not been completed by a prison

                                              1

1   official, and the application does not include a certified trust account statement.  Plaintiff's

2   defective applications will be denied, and the undersigned will recommend this action be

3   dismissed for failure to file a properly completed in forma pauperis application and for failure to

4   comply with a court order.  See Local Rule 11-110.

5               Accordingly, IT IS HEREBY ORDERED that:

6               1.  Plaintiff's May 4, 2006 application to proceed in forma pauperis is denied;

7               2.  Plaintiff's June 20, 2006 application to proceed in forma pauperis is denied;

8   and

9               IT IS RECOMMENDED that this action be dismissed without prejudice for

10  failure to file a properly completed application to proceed in forma pauperis and for failure to

11  comply with a court order.

12              These findings and recommendations are submitted to the United States District

13  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

14  days after being served with these findings and recommendations, plaintiff may file written

15  objections with the court.  A document containing objections should be titled "Objections to

16  Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file

17  objections within the specified time may, under certain circumstances, waive the right to appeal

18  the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

19  DATED: July 24, 2006.

21                                          Dale A. Drozd

22                                          DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

23  DAD:13:bb
    wald0975.fifp

24

25

26

                                                2