IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED WALDROP,                           No. 2:06-cv-0975-MCE-DAD-P

    Plaintiff,

  v.                                      <u>ORDER</u>

KENTON DEWARD, et al.,

    Defendants.
_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On July 24, 2006, the magistrate judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.

///

1

1  On December 1, 2006, the Findings and Recommendations were re-
2  served on Plaintiff at his last known address and Plaintiff was
3  granted an additional twenty (20) days to submit a proper notice
4  of change of address, any objections to the July 24, 2006
5  Findings and Recommendations, and a non-prisoner in forma
6  pauperis application.  Plaintiff was forewarned that failure to
7  comply with the Order would result in the Findings and
8  Recommendations being submitted to the district judge.  The time
9  period has now expired and Plaintiff has not filed a proper
10 notice of change of address, has not filed objections to the
11 Findings and Recommendations, has not filed a non-prisoner in
12 forma pauperis application, and has not otherwise responded to
13 the Court's Order.
14     The Court has reviewed the file and finds the Findings and
15 Recommendations to be supported by the record and by the
16 magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED
17 that:
18     1.  The Findings and Recommendations filed July 24, 2006,
19 are adopted in full; and
20     2.  This action is dismissed without prejudice for failure
21 to file a properly completed application to proceed in forma
22 pauperis and for failure to comply with Court Orders.
23 DATED: January 9, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26